# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO. 1:17-CV-384

| | | |
|---|---|---|
| CHERIE NOELLE MANESS, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION FOR ENTRY** |
| | ) | **OF STIPULATED CONSENT** |
| vs. | ) | **PROTECTIVE ORDER** |
| | ) | **BETWEEN PLAINTIFF,** |
| CITY OF HIGH POINT, NORTH | ) | **DEFENDANT, AND** |
| CAROLINA, | ) | **DEVELOPMENTAL** |
| | ) | **ASSOCIATES, LLC** |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and North Carolina General Statute § 160A-168, Plaintiff Cherie Noelle Maness, Defendant City of High Point, North Carolina non-party Developmental Associates, LLC hereby jointly move the Court for the entry of the Stipulated Consent Protective Order attached hereto as Exhibit 1.  In support thereof, the parties state:

1.      This Court has entered a Protective Order protecting confidential information disclosed in discovery between the parties to this action.  [Doc. # 20-21].

2.      In addition, discovery in this action will encompass information in the possession and control of Developmental Associates, LLC which is confidential and proprietary, including trade secrets as defined by North Carolina law.

3.     In view of the nature of the information that may be the subject of discovery in this action, good cause exists for the entry of a protective order to permit the parties to review information in the possession and control of Developmental Associates, LLC by subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure, while providing adequate assurance that the subpoena of information by Developmental Associates, LLC will not require unrestricted and potentially unlawful and/or damaging disclosure of protected, confidential, trade secret and/or proprietary information.

4.     The parties have agreed to be bound by the terms and conditions of the Stipulated Consent Protective Order attached hereto as Exhibit 1 with respect to information and documents disclosed by Developmental Associates, LLC and request that it be entered by the Court.

WHEREFORE, the parties jointly request that the Court formally adopt and enter the Stipulated Consent Protective Order attached hereto as Exhibit 1.

Respectfully submitted, this the 27th day of March, 2018.

**POYNER SPRUILL LLP**

/s/David L. Woodard
David L. Woodard
N.C. State Bar No. 19343
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email: dwoodard@poynerspruill.com

Brett A. Carpenter
N.C. State Bar No. 47630
301 Fayetteville Street, Suite 1900
Raleigh, NC 27602-01801
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email: bcarpenter@poynerspruill.com

*Counsel for Defendant City of High Point, North Carolina*

**ELLIOT MORGAN PARSONAGE, PLLC**

/s/Robert M. Elliot
Robert M. Elliot
N.C. State Bar No. 7709
Daniel C. Lyon
N.C. State Bar No. 43828
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Email: rmelliot@emplawfirm.com
dlyon@emplawfirm.com

**Counsel for Plaintiff Cherie Noelle Maness**

**Consented To:**

By: _____

Kerry Shad
N.C. State Bar No. 18410
Wells Fargo Capital Center
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-6672
Facsimile: (919) 821-6800
Email: kshad@smithlaw.com


**Counsel for Developmental Associates, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Brett A. Carpenter
bcarpenter@poynerspruill.com

David Woodard
dwoodard@poynerspruill.com


I hereby certify that on March 27, 2018, I served the foregoing document to Kerry Shad, counsel for Developmental Associates LLC by email and U.S. Mail as shown below:

Kerry Shad
Wells Fargo Capital Center
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601
Telephone: (919) 821-6672
Facsimile: (919) 821-6800
Email: kshad@smithlaw.com

> /s/Robert M. Elliot
> Robert M. Elliot (7709)
> Attorney for Plaintiff
> ELLIOT MORGAN PARSONAGE PLLC
> 426 Old Salem Road
> Winston-Salem, NC 27101
> Telephone: (336) 724-2828
> Facsimile: (336) 724-3335
> E-mail: rmelliot@emplawfirm.com