IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:17-CV-384

| | |
|---|---|
| CHERIE NOELLE MANESS, | ) |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S RESPONSE TO** |
| | ) **DEFENDANT'S MOTION FOR** |
| CITY OF HIGH POINT, NORTH CAROLINA, | ) **SUMMARY JUDGMENT** |
| Defendant. | ) |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 56.1, plaintiff hereby responds to Defendant's Motion for Summary Judgment. Based on the pleadings, exhibits and depositions filed in support of this response, and for the reasons stated in plaintiff's accompanying Memorandum of Law, plaintiff contends that there are genuine issues of material fact concerning each element of plaintiff's claims, and that defendant is not entitled to judgment as a matter of law.

WHEREFORE, plaintiff respectfully requests that this Court deny Defendant's Motion for Summary Judgment. Pursuant to LR 7.3 (c)(1), plaintiff respectfully requests oral argument if the Court deems it appropriate and helpful.

1

This the 5th day of September, 2018.

                                                    /s/Robert M. Elliot
                                                    Robert M. Elliot (7709)
                                                    Daniel C. Lyon (43828)
                                                    Attorney for Plaintiff
                                                    ELLIOT MORGAN PARSONAGE PLLC
                                                    426 Old Salem Road
                                                    Winston-Salem, NC  27101
                                                    Telephone: (336) 724-2828
                                                    Facsimile: (336) 724-3335
                                                    E-mail: rmelliot@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Elliot Morgan Parsonage, PLLC

/s/Robert M. Elliot
Robert M. Elliot (7709)
Attorney for Plaintiff
ELLIOT MORGAN PARSONAGE PLLC
426 Old Salem Road
Winston-Salem, NC  27101
Telephone: (336) 724-2828
Facsimile: (336) 724-3335
E-mail: rmelliot@emplawfirm.com

3