IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF NORTH CAROLINA
1:17-CV-00384

| | | |
|---|---|---|
| CHERIE NOELLE MANESS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| CITY OF HIGH POINT, | ) | |
| NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the plaintiff hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order [Doc. #83] and Judgment [Doc. #84] entered by United States District Judge Loretta C. Biggs on December 21, 2018, adopting the Memorandum Opinion and Recommendation of United States Magistrate Judge [Doc. #71] entered by United States Magistrate Judge Joi Elizabeth Peake on November 16, 2018.

This the 17th day of January, 2019.

ATTORNEYS FOR PLAINTIFF

/s/Robert M. Elliot
Robert M. Elliot (7709)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: 336-724-2828
Email: rmelliot@emplawfirm.com

/s/Daniel C. Lyon
Daniel C. Lyon (42828)
300 E Kingston Ave, Suite 200
Charlotte, NC 28203
Telephone:  (704) 707-3705
Facsimile:   (336) 724-3335
Email: dlyon@emplawfirm.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/Robert M. Elliot
Robert M. Elliot (7709)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC  27101
Telephone: 336-724-2828
Email: rmelliot@emplawfirm.com