# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 01/17/19 | District: Middle District of North Carolina | District Case No.: 1:17CV00384-LCB-JEP |
|---|---|---|
| ✓ First NOA in Case | **Division:** GREENSBORO | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party<br>___ Subsequent NOA-new party | **Caption:** | |
| ___ Subsequent NOA-cross appeal | MANESS | **4CCA Case Manager:** |
| ___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: _____ | v.<br>CITY OF HIGH POINT, NORTH CAROLINA | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case**:** | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal) |
| ___ Recalcitrant witness | ✓ Appeal fees paid in full |
| ___ In custody | **Criminal Cases:** |
| ___ On bond | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On probation | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case**:** | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| **District Judge:** LORETTA C. BIGGS | ___ Court never granted IFP status (must pay fee or apply to **District Court**) |
| | **PLRA Cases**: |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| **Court Reporter** (list all): Jane Calhoun | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| | **Sealed Status** (check all that apply)**:** |
| | ✓ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| **Coordinator**: Keah Marsh | ____ Docket under seal |

| Record Status for Pro Se Appeals (check any applicable)**:** | Record Status for Counseled Appeals (check any applicable)**:** |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: /s/ Joy Daniel _____ Phone: 336-332-6030 _____ Date: 01/18/19 _____

03/2011