FILED: January 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1078
(1:17-cv-00384-LCB-JEP)

_____

CHERIE NOELLE MANESS

Plaintiff - Appellant

v.

CITY OF HIGH POINT, NORTH CAROLINA

Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:17-cv-00384-LCB-JEP |
| Date notice of appeal filed in originating court: | 01/17/2019 |
| Appellant | CHERIE NOELLE MANESS |
| Appellate Case Number | 19-1078 |
| Case Manager | Emily Borneisen 804-916-2704 |